UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD RAY ECKLUND,<br><br>    Plaintiff,<br><br>    v.<br><br>DUFFY,<br><br>    Defendant. | No. 2:19-cv-0514 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 25, 2019, plaintiff was ordered to submit an application to proceed in forma pauperis or pay the filing fee within thirty days and warned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 6. After plaintiff failed to submit an application, pay the fee, or otherwise respond to the order, he was given an additional twenty-one days to comply and warned that if he did not file a completed application or pay the filing fee, it would be recommended that this action be dismissed without further warning. ECF No. 7. Plaintiff has once again failed to submit an application to proceed in forma pauperis, pay the filing fee, or otherwise respond to the order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 11, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE